JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CORREA-GUTIERREZ,<br><br>        Petitioner,<br><br>  v.<br><br>WARDEN,<br><br>        Respondent. | Case No. 2:23-cv-08911-CBM-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice for failure to exhaust administrative remedies.

DATED:  APRIL 3,2024

_____

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE